# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-10-00550-CV

**Paul Sims, Individually and as next friend of N.S., a minor, Appellant**

**v.**

**Carla Kay Weaver, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 08-598-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Paul Sims, Individually and as next friend of N.S., a Minor, has filed an unopposed motion to dismiss the appeal, informing this Court that he no longer desires to pursue his appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: January 6, 2011